IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TIMOTHY ANTONIO JONES,

        Plaintiff,

    v.                                         Civil Action No. 3:25cv901

JOHN DOE,

        Defendant.

## MEMORANDUM OPINION

By Memorandum Order entered on November 14, 2025, the Court conditionally docketed Plaintiff's civil action. At that time, the Court directed Plaintiff to submit a statement under oath or penalty of perjury that:

(A)    Identifies the nature of the action;
(B)    States his belief that he is entitled to relief;
(C)    Avers that he is unable to prepay fees or give security therefor; and,
(D)    Includes a statement of the assets he possesses.

*See* 28 U.S.C. § 1915(a)(1). The Court provided Plaintiff with an *in forma pauperis* affidavit form for this purpose.

Additionally, the Court directed Plaintiff to affirm his intention to pay the full filing fee by signing and returning a consent to the collection of fees form. The Court warned Plaintiff that a failure to comply with either of the above directives within thirty (30) days of the date of entry thereof would result in summary dismissal of the action.

On December 22, 2025, the United States Postal Service returned the November 14, 2025 Memorandum Order to the Court. (ECF No. 4.) By Memorandum Order entered January 9, 2026, the Court remailed the November 14, 2025 Memorandum Order and accompanying

documents to Plaintiff and directed Plaintiff to comply with the terms of the November 14, 2025

Memorandum Order within thirty (30) days of the date of January 6, 2026.  (ECF No. 6.)

Plaintiff has not complied with the orders of this Court.  Plaintiff failed to return a

completed *in forma pauperis* affidavit form and a consent to collection of fees form.  As a result,

he does not qualify for *in forma pauperis* status.  Furthermore, he has not paid the statutory filing

fee for the instant action.  *See* 28 U.S.C. § 1914(a).  Such conduct demonstrates a willful failure

to prosecute.  *See* Fed. R. Civ. P. 41(b).  Accordingly, this action will be DISMISSED

WITHOUT PREJUDICE.

An appropriate Final Order shall accompany this Memorandum Opinion.


Date: 3/3/26                                                       /s/
Richmond, Virginia                        M. Hannah Lauck
                                          Chief United States District Judge

2